```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 46094
   OSCAR D HARRIS
   KAY F HARRIS                                CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-7893    SSN XXX-XX-1190

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 12/15/2004 and was confirmed 03/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/17/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
OPTION ONE MORTGAGE       CURRENT MORTG       .00           .00            .00
OPTION ONE MORTGAGE       MORTGAGE ARRE    3576.00          .00        3576.00
AMERICAN LOANS            UNSECURED         288.57          .00         288.57
PAY DAY LOAN STORE        SECURED           789.75          .00         789.75
GFG LOAN CO               UNSECURED         464.50          .00         464.50
NATIONAL QUIK CASH        UNSECURED       NOT FILED         .00            .00
ONE IRON VENTURES INC     UNSECURED       NOT FILED         .00            .00
PAY DAY LOAN STORE        UNSECURED       NOT FILED         .00            .00
SUN CASH                  UNSECURED       NOT FILED         .00            .00
LEGAL REMEDIES CHARTERED  DEBTOR ATTY      2,274.00                    2,274.00
TOM VAUGHN                TRUSTEE                                       410.06
DEBTOR REFUND             REFUND                                        474.12

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              8,277.00

PRIORITY                                     .00
SECURED                                 4,365.75
UNSECURED                                 753.07
ADMINISTRATIVE                          2,274.00
TRUSTEE COMPENSATION                      410.06
DEBTOR REFUND                             474.12
                   --------------     --------------
TOTALS               8,277.00           8,277.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 46094 OSCAR D HARRIS & KAY F HARRIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 04 B 46094 OSCAR D HARRIS & KAY F HARRIS
```